No. 143. THE COMMONWEALTH OF PENNSYLVANIA EX REL. BUELL N. BURLINGAME, PLAINTIFF IN ERROR, *v.*

628          OCTOBER TERM, 1910.

Cases Disposed of Without Consideration by the Court.   220 U. S.

A. L. HARE, SHERIFF, AND THE STATE OF ILLINOIS. Error to the Superior Court of the State of Pennsylvania. April 21, 1911. Dismissed with costs, pursuant to the tenth rule. *Mr. L. Cabell Williamson* and *Mr. Henry E. Davis* for the plaintiffs in error. No appearance for the defendants in error.